**Glenn A. STEWART, Petitioner,**

v.

**RIVERSIDE TECHNOLOGY, INCORPORATED; Transportation Insurance; Director, Office of Workers' Compensation Programs, United States Department of Labor, Respondents.**

No. 16-1891

United States Court of Appeals, Fourth Circuit.

Submitted: February 28, 2017

Decided: March 14, 2017

Andrew Hanley, Andrew Penny, CROSSLEY MCINTOSH COLLIER HANLEY & EDES, PLLC, Wilmington, North Carolina, for Petitioner. M. Patricia Smith, Solicitor of Labor, Maia S. Fisher, Associate Solicitor, Mark Reinhalter, Counsel for Longshore, Sean G. Bajkowski, Counsel for Appellate Litigation, Matthew W. Boyle, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Respondents.

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Glenn A. Stewart seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of longshore disability benefits pursuant to 33 U.S.C. §§ 901-950 (2012). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we deny the petition for review for the reasons stated by the Board. Stewart v. Riverside Tech., Inc., No. 15-0436 (B.R.B. June 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED